IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| BANKERS LIFE AND CASUALTY COMPANY, | ) ) ) | C/A: 3:15-2063-JFA |
| | ) | ENTRY OF DEFAULT |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SUSAN LASKER COATES; PATRICIA L. HEJNA; LOREN M. SUITS; and, STEVEN D. LASKER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

It appearing that the Amended Complaint for Interpleader was filed in this case on May 29, 2015 (ECF No. 5), that service of process was received by Defendant Loren M. Suits on July 28, 2015 (ECF no. 8), and no answer or other pleading has been filed by Defendant Loren M. Suits as required by law.

THEREFORE, upon request of the Plaintiff, Bankers Life and Casualty Company, and as provided in Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant Loren M. Suits.

IT IS SO ORDERED.

October 30, 2015                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge