IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bankers Life and Casualty Company, | ) | C/A: 3:15-2063-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | CONFERENCE CALL |
| Susan Lasker Coates; Patricia L. Hejna; Loren M. Suits; and Steven D. Lasker, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is an action in which the plaintiff, Bankers Life and Casualty Company, has paid the proceeds of a disputed life insurance policy into the Court's Registry and has been discharged from the case.

This leaves the defendants to this action, Susan Lasker Coates, Patricia L. Hejna, Loren M. Suits, and Steven D. Lasker, as the remaining parties who must assert claims to the funds now being held by the Clerk of Court.

It appears that none of the individual defendants named above have retained the services of an attorney, and it further appears that these defendants might not be familiar with the procedures required in cases such as this in view of the fact that none of the defendants have filed a proper answer and cross claim asserting their right to receive the funds.

In order to be sure that the defendants understand the procedure in this case from this point forward, the court wishes to conduct a conference call with all four individual defendants at **10:00 a.m. on Monday, November 30, 2015**. Providing this information by

1

way of conference call will save the defendants the trouble and expense of traveling to Columbia, South Carolina for a hearing in the courtroom. Such action by this court requires the cooperation of the defendants, however, and all defendants should call this court's courtroom deputy, Mary Floyd, as soon as possible, at 803-765-5353 and provide Ms. Floyd with a good telephone number where they can be reached at 10:00 a.m. on November 30. On that date, the court will initiate the conference call and will expect all four defendants to be present and ready to discuss the case, at the number they have given to Ms. Floyd.

The failure of any defendant to cooperate in this endeavor will seriously jeopardize their ability to claim any of the insurance proceeds in dispute in this litigation.

IT IS SO ORDERED.

November 16, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge