IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY, | ) C/A: 3:15-2063-JFA |
| | ) |
| | ) ORDER |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUSAN LASKER COATES; | ) |
| PATRICIA L. HEJNA; | ) |
| LOREN M. SUITS; and, | ) |
| STEVEN D. LASKER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

It is the Court's understanding that on January 13, 2016, Bankers Life and Casualty Company deposited the disputed life insurance proceeds in the sum of $10,000 with the Court. Having no further interest in the case, Bankers Life and Casualty Company is now discharged from the case and from any further liability to any of the Defendants arising out of the insurance policy in question.

IT IS SO ORDERED.

January 26, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge