IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bankers Life and Casualty Company, | ) | C/A: 3:15-cv-2063-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF TRIAL DATE |
| | ) | |
| Susan Lasker Coates; Patricia L. Hejna; Loren M. Suits; Steven D. Lasker, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This Court will conduct a non-jury trial in this action beginning at 9:30 a.m. on Monday, April 11, 2016. The parties are advised that they must have a picture identification card to gain entrance into the courthouse. Cell phones must be left with security upon entrance into the courthouse or left in the owner's automobile. The trial will continue until approximately 5:15 p.m. on April 11, 2016 and, if necessary, will reconvene at 9:30 a.m. the following day.

      The disputing parties to this case are all defendants who have asserted conflicting claims to a life insurance policy. None of these parties has retained the services of an attorney. As this Court advised the parties at the status conference conducted shortly after this action was filed in May 2015, the Court must expect the trial to be conducted in the accordance with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. It has been this Court's experience that frequently when litigants appear before this Court

without the services of an attorney, they assume the trial will be conducted in a fashion similar to that seen on popular television programs involving small claims court. In those proceedings, frequently only one witness for each side is called, and that witness is allowed to place before the court all sorts of evidence that is inadmissible under the rules of evidence.

As indicated above, this trial must be conducted in accordance with the appropriate procedural and evidentiary rules. For example, if one party wishes to challenge the authenticity of a signature on a document, that party may not simply testify that he or she has had a document examiner look at the document and that person has given an opinion regarding whether the signature is genuine. Rather, the document examiner must appear in court in person to give firsthand testimony regarding his or her findings.

If any party believes that a telephonic status conference would be beneficial prior to the non-jury trial of this case on April 11, they should submit such a request in writing to the Clerk of Court and one will be promptly scheduled. Otherwise, the Court will expect to see the parties promptly at 9:30 a.m. on April 11, 2016.

IT IS SO ORDERED.

March 7, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge